UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 06-508-T

YEMI KAYODE
(a/k/a OLUYEMI O. KAYODE,
a/k/a OLUROTIMI KAYODE)

**ORDER**

It is hereby ordered that on or before December 31, 2006, the United States Attorney shall file a response to petitioner's Application for Writ of Relief from Judgment or Alternatively Writ of Coram Nobis Pursuant to Title 28 U.S.C. § 1651(a)-All Writs Act.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 28, 2006