**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Cr. No. 90-00029T** |
| **YEMI KAYODE** | : | **Case No. 06-508T** |
| **(a/k/a OLUYEMI O. KAYODE,** | : | |
| **a/k/a OLUROTIMI KAYODE)** | : | |
| | : | |

**PETITIONER'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY MOTION FOR JUDGMENT ON PLEADINGS**

Now comes the Petitioner, in the above-referenced cause, pursuant to Fed. Rules of Civ. Proc. 12(c) and 56 and moves this Honorable Court to grant summary judgment or alternatively judgment on pleadings. Petitioner states there is no need for a trial and that there is no genuine issue as to any material fact in this matter. Petitioner maintains, among other issues, that there was insufficient evidence or basis for a conviction under Title 18 U.S.C. § 911. There was never a determination made as to what Petitioner was attesting to on the Form I-9 and the Form I-9 is open to ambiguity as to whether the signer is swearing to be a citizen or national.

Additionally, Petitioner submits that this matter is ripe for entry of judgment on the pleadings presented. In support of Motion for Summary Judgment, Petitioner submits attached Memorandum.

WHEREFORE, Petitioner prays that this Honorable Court set this matter for a hearing and find accordingly.

**Respectfully Submitted,**

Dated: June 5, 2008

**YEMI KAYODE**
By His Attorneys,

/s/_Richard K. Corley

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I hereby certify that on this 5 day of June 2008, I caused a true copy of the within Defendant's Motion for Summary Judgment or Alternatively for Judgment on Pleadings to be served electronically upon:

Stephen G. Dambruch
Assistant U. S. Attorney
U. S. Attorney' Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
stephen.dambruch@usdoj.gov

/s/_Richard K. Corley

Richard K. Corley