**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Cr. No. 90-00029T** |
| **YEMI KAYODE** | : | **Case No. 06-508T** |
| **(a/k/a OLUYEMI O. KAYODE,** | : | |
| **a.k.a. OLUROTIMI KAYODE)** | : | |
| | : | |

**AFFIDAVIT OF YEMI KAYODE a/k/a OLUYEMI O. KAYODE**

After having been duly sworn I hereby state that the following facts contained in this affidavit are true to the best of my knowledge.

1. I was employed by the Wrentham State School as a Mental Retardation worker since 1988.
2. I worked for the State of Massachusetts for 17 years in this position and was a member of the union at the school.
3. I have contributed to the State's retirement system and would qualify to participate in their pension system if I were allowed to return to work.
4. On several occasions, I have spoken to Robin Bouchard my supervisor at the Wrentham State School and have been offered my old job back if I clear up my problems with immigration.
5. I am the sole source of support for my wife and children and to my nephew and niece that are living within our family in Rhode Island. I have three daughters and one son.

6. If I were deported, my family would have to come to Nigeria with me because we have no other source of support.

7. I have a young boy that needs medical attention for his anemia which requires frequent blood transfusions. I have been told by his doctor, Peter Smith M.D., Director of Pediatric Hematology at Rhode Island Hospital that my son, Junior, would, in all likelihood, die if he were to live in Nigeria due to lack medical treatment. I feel that if I were to return to Nigeria my family and I would be subject to political persecution because we left the country and adopted America as our home.

8. I fear if I were to return to Nigeria with my daughters they will be subject to female genital mutilation (FGM) which is a horrible custom, which is still practiced to this day in Nigeria.

9. In the United States my wife Dolapo has been a stay-at-home mom taking care of my children and especially my sick son Junior. We have also taken under our care a niece and nephew from Nigeria that have no other family to support them. As a result of losing my employment I lost my medical insurance and now I have to rely on the State's Rite-Care program in order to provide medical services for my son.

10. If I were to return to work for the Wrentham State School I would regain my medical coverage so that I, my wife and my entire family could be covered for medical expenses.

11. If this case were vacated and my conviction overturned, I will be able to become a United States Citizen. I have been attempting to become a United State Citizen since 1988. Myself and my wife have pledged our alliance to The United States of

America as the country which we want to call home and have renounced any alliance to Nigeria as our native country.

12. My sole source of support comes from rental income and any odd jobs that I can do for friends. I also have friends that have helped to provide food for my family out of their generosity.

13. I did not file a petition to attack my conviction until it became an issue with my employer on August 30, 2006. The reason that I never attempted to address my criminal conviction was because I had followed the advised of an immigration lawyer who thought that we were going to be successful in achieving citizenship through the immigration court in the United States.

14. I am a licensed registered nurse in the State of Massachusetts. If I were allowed to return to the Wrentham State School, I will be working there as a registered nurse.

REST OF PAGE INTENTIONALLY LEFT BLANK

I hereby swear that all of the above facts are true to the best of my knowledge.

Yemi Kayode

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 16 day of May, 2008.

Notary Public
My commission expires: 5/26/2011