# EXHIBIT 1

OMB No. 1615-0047; Expires 06/30/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-9, Employment Eligibility Verification

**Please read instructions carefully before completing this form. The instructions must be available during completion of this form.**

**ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because the documents have a future expiration date may also constitute illegal discrimination.**

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

Print Name: Last | First | Middle Initial | Maiden Name

Address *(Street Name and Number)* | Apt. # | Date of Birth *(month/day/year)*

City | State | Zip Code | Social Security #

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

I attest, under penalty of perjury, that I am (check one of the following):
- ☐ A citizen or national of the United States
- ☐ A lawful permanent resident (Alien #) A ____________
- ☐ An alien authorized to work until ____________
(Alien # or Admission #) ____________

Employee's Signature | Date *(month/day/year)*

**Preparer and/or Translator Certification.** *(To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.*

Preparer's/Translator's Signature | Print Name

Address *(Street Name and Number, City, State, Zip Code)* | Date *(month/day/year)*

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | | | | | |
| Issuing authority: | | | | | |
| Document #: | | | | | |
| Expiration Date *(if any)*: | | | | | |
| Document #: | | | | | |
| Expiration Date *(if any)*: | | | | | |

**CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on** *(month/day/year)* ____________ **and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)**

Signature of Employer or Authorized Representative | Print Name | Title

Business or Organization Name and Address *(Street Name and Number, City, State, Zip Code)* | Date *(month/day/year)*

**Section 3. Updating and Reverification.** To be completed and signed by employer.

A. New Name *(if applicable)* | B. Date of Rehire *(month/day/year) (if applicable)*

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: ____________ Document #: ____________ Expiration Date (if any): ____________

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

Signature of Employer or Authorized Representative | Date *(month/day/year)*

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | CRIMINAL ACTION |
| * | NO. 90-0029T |
| UNITED STATES OF AMERICA * | |
| Plaintiff * | |
| * | Friday, |
| VS. * | May 11, 1990 |
| * | |
| YEMI KAYODE * | |
| Defendant * | |
| * | |
| * * * * * * * * * * * * * * * * * | Providence, R.I. |

HEARD BEFORE THE HONORABLE ERNEST C. TORRES, DISTRICT JUDGE
(PLEA)

**APPEARANCES:**

| | |
|---|---|
| For the Plaintiff: | T. Gale, Esquire<br>Assistant U.S. Attorney |
| For the Defendant: | Ed Romano, Esquire<br>165 Atwells Avenue<br>Providence, Rhode Island 02903 |
| Court Reporter: | Judith L. Montie<br>215 Federal Building<br>Providence, Rhode Island 02903 |

Proceedings reported by computer-aided stenography, transcript produced by scopist.

to compel the attendance of any witnesses that you would like to have testify on your behalf. You would be giving up the right to appeal any verdict of guilty that the jury might return. And you may be giving up the right to appeal any sentence that the Court might impose if you're found guilty. Do you understand that you'd be giving up all those rights, Mr. Kayode?

THE WITNESS: Yes, My Lord.

THE COURT: Now, Mr. Kayode, I'm going to ask Mr. Gale to explain the facts that he says the Government would be able to prove if this case went to trial. And I'm going to ask you to listen carefully because when he finishes, I'm going to ask whether you agree that those facts are true and whether you agree the Government would be able to prove them if the case went to trial. All right. You may be seated, Mr. Kayode.

Mr. Gale.

MR. GALE: In summary, Your Honor, we would first prove that the Defendant is a citizen of the country of Nigeria primarily through documents on file with the Immigration and Naturalization Service. Having established that, we would call among others as a witness one Elizabeth Cartwright who is the nursing coordinator for a commercial enterprise known as Specialty Health Care located in Davol Square in Providence, Rhode Island.

# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Cr. No. 90-00029T** |
| **YEMI KAYODE** | : | **Case No. 06-508T** |
| **(a/k/a OLUYEMI O. KAYODE,** | : | |
| **a.k.a. OLUROTIMI KAYODE)** | : | |
| | : | |

**AFFIDAVIT OF YEMI KAYODE a/k/a OLUYEMI O. KAYODE**

After having been duly sworn I hereby state that the following facts contained in this affidavit are true to the best of my knowledge.

1. I was employed by the Wrentham State School as a Mental Retardation worker since 1988.

2. I worked for the State of Massachusetts for 17 years in this position and was a member of the union at the school.

3. I have contributed to the State's retirement system and would qualify to participate in their pension system if I were allowed to return to work.

4. On several occasions, I have spoken to Robin Bouchard my supervisor at the Wrentham State School and have been offered my old job back if I clear up my problems with immigration.

5. I am the sole source of support for my wife and children and to my nephew and niece that are living within our family in Rhode Island. I have three daughters and one son.

America as the country which we want to call home and have renounced any alliance to Nigeria as our native country.

12. My sole source of support comes from rental income and any odd jobs that I can do for friends. I also have friends that have helped to provide food for my family out of their generosity.

13. I did not file a petition to attack my conviction until it became an issue with my employer on August 30, 2006. The reason that I never attempted to address my criminal conviction was because I had followed the advised of an immigration lawyer who thought that we were going to be successful in achieving citizenship through the immigration court in the United States.

14. I am a licensed registered nurse in the State of Massachusetts. If I were allowed to return to the Wrentham State School, I will be working there as a registered nurse.

REST OF PAGE INTENTIONALLY LEFT BLANK

I hereby swear that all of the above facts are true to the best of my knowledge.

Yemi Kayode

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 16 day of May, 2008.

Richard K Corley

Notary Public
My commission expires: 5/26/2011

# EXHIBIT 4

PROB 2
(Rev. 4/ 4)

Revised

CONFIDENTIAL

UNITED STATES DISTRICT COURT
District of Rhode Island

**PRESENTENCE REPORT**

NAME (Last, First, Middle)
Kayode, Yemi
True name: Olurotimi Adeyemi Kayode
A/K/A: Oluyemi O. Kayode

DICTATION DATE
June 15, 1990

ADDRESS
180 Waverly Street
Apartment Four
Providence, Rhode Island

LEGAL RESIDENCE
Same

SCHEDULED SENT. DATE
July 13, 1990

DOCKET NO.
90-00029-001

CITIZENSHIP
Nigeria

| AGE | RACE | DATE OF BIRTH | PLACE OF BIRTH | SEX | EDUCATION |
|---|---|---|---|---|---|
| 30 | Nigerian | 6/25/60 | Nigeria | Male | Some College |

MARITAL STATUS
Married

DEPENDENTS
One (Wife)

SOC. SEC. NO.
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
Amnesty File: 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

FBI NO.

U.S. MARSHAL NO.
03295-070

OTHER IDENTIFYING NO.
INS #A29 119 192
Amnesty File: A93 027 075

OFFENSE
Title 18, United States Code, Section 911, False Claim of Citizenship. Class E felony.

PENALTY
Title 18, United States Code, Section 911; three years in prison and/or $250,000 fine.

**Restitution:** Not Applicable **Special Assessmesnt:** $50

CUSTODIAL STATUS
$10,000 Personal Recognizance

DATE OF ARREST
Arraigned:
March 29, 1990

PLEA
On May 11, 1990, the defendant appeared before the Honorable Ernest C. Torres and pled guilty to the indictment.

VERDICT
N/A

DETAINERS OR CHARGES PENDING
None

OTHER DEFENDANTS
None

ASSISTANT U.S. ATTORNEY
Edwin J. Gale, Esq.
10 Dorrance Street
Providence, RI 02903
(401) 528-5477

DEFENSE COUNSEL
Edward Romano, Esq (Retained)
165 Atwells Avenue
Providence, RI 02903
(401) 273-5600

DISPOSITION

| SENTENCING JUDGE | DATE | PROBATION OFFICER |
|---|---|---|
| Honorable Ernest C. Torres | | Kurt E. O'Sullivan |

CONFIDENTIAL



injuries. His physical features are unremarkable in that he does not exhibit any visible scars or tattoos. Mr. Kayode states that he does not use illicit drugs, nor does he consume alcohol.

Education and Vocational Skills

42. According to Mr. Kayode, he completed his high school education in Nigeria. A transcript from Community College of Rhode Island indicates that Olurotimi Kayode has successfully completed two courses and has a grade-point average of 2.00. Although he is not enrolled in the computer technician program at this time, Mr. Kayode expressed his desire to pursue a degree in this particular field of study. The defendant reports that he has not had any other form of educational training.

Employment Record

43. From August 20, 1989, to the present, the defendant is employed as a mental retardation worker, earning $305.37 weekly, at the Wrentham State School located in Wrentham, Massachusetts. This information was verified by Dorothy Bronsoon, Director of Personnel, on May 23, 1990.

44. From October 3, 1988 to 1989, the defendant was employed as an orderly, earning $7.00 hourly, at Specialty Health Care, 30 Davol Square in Providence, Rhode Island. According to Elizabeth Cartwright, Nursing Coordinator, Mr Kayode was very dependable and would be considered for re-employment.

45. From 1984 to 1986, the defendant was employed picking oranges at Farmers Labor Camp located in Sorrento, Florida. He reports of receiving approximately $5.00 hourly, which was "under the table" due to his illegal entry status at that time.

Immigration Status

46. According to the defendant, he and his wife entered the United States illegally in July, 1984, after they drove an automobile across the Canadian and United States border. For approximately two years, they lived in Sorrento, Florida, before returning to Nigeria in 1987. They re-entered the United States legally in 1988 and have resided in Rhode Island since that time.

47. Olurotimi Kayode, known by the Immigration and Naturalization Service as A29 119 192, has recently filed for amnesty and has been assigned A93 027 075 to his amnesty file. According to INS Agent Mark Furtado, as a result of the instant offense and