**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Cr. No. 90-00029T** |
| **YEMI KAYODE** | : | **Case No. 06-508T** |
| **(a/k/a OLUYEMI O. KAYODE,** | : | |
| **a/k/a OLUROTIMI KAYODE)** | : | |
| | : | |

**STATEMENT OF UNDISPUTED FACTS**

Now comes the Petitioner, Yemi Kayode, through his undersigned counsel, and pursuant to Local Rule 56 of the U.S. District Court for the District of Rhode Island submits the following as undisputed facts in support of Petitioner's Motion for Summary Judgment or in the Alternative Motion for Judgment on Pleadings:

1. The I-9 Form reads in part: "I attest, under penalty of perjury, that I am (check one the following): □ A citizen or national of the United States". See Form I-9, attached hereto as Exhibit 1.

2. The Petitioner checked this box.

3. The government's proffer included that they "would first prove that the Defendant is a citizen of the country of Nigeria". See Plea Transcript page 9, dated May 11, 1990, attached hereto as Exhibit 2.

4. The Petitioner is a licensed registered nurse in the state of Massachusetts and worked at Wrentham State School for 17 years. See Affidavit of Yemi-Kayode a/k/a Oluyemi O. Kayode, paragraph 14, attached hereto as Exhibit 3.

5. The Petitioner worked with the profoundly mentally retarded adult population during his employment at Wrentham State School. See Presentence Investigation Report, dated 6/15/1990, paragraphs 43-45, attached hereto as Exhibit 4.

**Respectfully Submitted,**

Dated: June 17, 2008

**YEMI KAYODE**
By His Attorneys,

/s/ Richard K. Corley
Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

## CERTIFICATION

I hereby certify that on this 17 day of June 2008, I caused a true copy of the within Petitioner's Statement of Undisputed Facts to be served electronically upon:

Stephen G. Dambruch
Assistant U. S. Attorney
U. S. Attorney' Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
stephen.dambruch@usdoj.gov

/s/ Richard K. Corley
Richard K. Corley