## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

YEMI KAYODE,
PETITIONER,

v.                                                       C.A. No. 06-508T

UNITED STATES OF AMERICA,
RESPONDENT.

## JUDGMENT

[  ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the January 8, 2009 Memorandum and Order of this Court, judgment hereby enters for the United States of America and against Yemi Kayode.

Enter:

/s/ Ryan H. Jackson

Deputy Clerk

Dated: January 8, 2009